IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EVAN McGINLEY, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | No. 3:21-CV-00772-X (BT) |
| § | |
| M. DIAZ DE LEON, § | |
|     *Defendant*. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated May 7, 2021, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**IT IS SO ORDERED** this 27th day of May 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE